1028

No. 88–6790. FRANKLIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6795. SUAREZ ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–6797. MANGA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6800. ADAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6805. CLAYTON v. CRIST, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–6814. McINTOSH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–6835. ROAN EAGLE, AKA BLINDMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6836. CHAMBERS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–6908. CHANEY v. ROLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.